# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANCE M. STRUNK, SR., et al.,** | : | **CIVIL ACTION** |
|     **Plaintiffs** | : | |
| | : | |
| **vs.** | : | **NO. 14-5325** |
| | : | |
| **WELLS FARGO BANK, N.A., et al.,** | : | |
|     **Defendants** | : | |

## O R D E R

**AND NOW,** this  3rd  day of November, 2014, upon consideration of the defendants' motions to dismiss (Documents #5 and 6), and the plaintiffs' response thereto (Document #8), IT IS HEREBY ORDERED that the motions are GRANTED with prejudice.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

  /s/ Lawrence F. Stengel  
LAWRENCE F. STENGEL, J.